# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

Tasia Williams and Vincent Doyle
Plaintiff

v.

City of Dallas, Texas; Chief Ulysha Renee Hall; John Doe Police Officers 1-50

Defendant

3:20-cv-01526-G
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
Tasia Williams, Vincent Doyle

| | |
|---|---|
| Date: | June 11, 2020 |
| Signature: | *Michelle Tuegel* |
| Print Name: | Michelle Simpson Tuegel |
| Bar Number: | 24075187 |
| Address: | 3301 Elm Street |
| City, State, Zip: | Dallas, Texas |
| Telephone: | 214-774-9121 |
| Fax: | 214-614-9218 |
| E-Mail: | michelle@stfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons