IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TASIA WILLIAMS and<br>VINCENT DOYLE,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS;<br>CHIEF ULYSHA RENEE HALL; and<br>JOHN DOE POLICE OFFICERS 1-50,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. 3:20-CV-01526-L |

## ORDER

Before the court is Plaintiffs' Motion for Temporary Restraining Order (Doc. 2), filed on June 11, 2020. As the court has issued an Agreed Preliminary Injunction (Doc. 10), it **denies as moot** Plaintiffs' Motion for Temporary Restraining Order (Doc. 2).

**It is so ordered** this 12th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　*Sam A. Lindsay*
　　　　　　　　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　　Unites States District Judge

Order – Solo Page