ORIGINAL

## UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TASIA WILLIAMS AND VINCENT DOYLE | § § § § | |
| Plaintiff(s), | § | |
| v. | § | Civil Action No. <u>3:20-cv-01526-L</u> |
| | § § | |
| CITY OF DALLAS, TEXAS; ET AL | § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, June 11, 2020 at 3:09 PM**,
Executed at: **1500 MARILLA ST, 7DN, DALLAS, TX 75201**
within the county of **DALLAS** at **10:41 AM**, on **Thursday, June 18, 2020**,
by delivering to the within named:

**ULYSHA RENEE HALL, CHIEF OF POLICE, DALLAS POLICE DEPARTMENT**

By individually and personally delivering to its
**Authorized Representative, MIRASLAVA MARTINEZ**
a true copy of this

**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT & JURY DEMAND, CIVIL COVER SHEET, CERTIFICATE OF INTERESTED PERSONS, ORDER ON PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER PLAINTIFFS' APPENDIX TO MOTION FOR TEMPORARY RESTRAINING ORDER & BRIEF IN SUPPORT THEREOF WITH TABS 1-26, AND PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
Adil Tadli - PSC 1206 - Exp 07/15/20

Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this 25th day of June, 2020.

_____
Notary Public in and for the State of Texas



AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Williams et al | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:20-cv-01526-L |
| | ) | |
| City of Dallas et al | ) | |
| _Defendant_ | ) | |

**Summons in a Civil Action**

**TO:** Ulysha Renee Hall, Chief of Police, Dallas Police Department. In her individual capacity

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Michelle Tuegel
    3301 Elm Street
    Dallas , TX 75226

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 06/11/2020

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-01526-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

*\*\*\*SEE ATTACHED\*\*\**
*\*\*\*AFFIDAVIT\*\*\**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: