IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TASIA WILLIAMS AND VINCENT DOYLE, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 3:20-CV-01526-L |
| THE CITY OF DALLAS, TEXAS; CHIEF ULYSHA RENEE HALL, and JOHN DOE POLICE OFFICERS 1-50, | § § § § § § | |
| Defendants. | | |

**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO SERVE A RESPONSIVE PLEADING OR RULE 12(b) MOTION TO PLAINTIFFS' ORIGINAL COMPLAINT**

Plaintiffs Tasia Williams and Vincent Doyle, and Defendants the City of Dallas, Texas, and Chief U. Reneé Hall (collectively, the "Parties"), through their respective counsel of record, tender this Stipulation Extending Defendants' Deadline to Serve a Responsive Pleading or Rule 12(b) Motion to Plaintiffs' Original Complaint.  The Parties hereby agree to extend the deadline by which Defendants must serve a responsive pleading or motion under Rule 12(b) of the Federal Rules of Civil Procedure to Plaintiffs' Original Complaint, from July 2, 2020, to August 3, 2020.

Respectfully submitted,

By: /s/ Michelle Simpson Tuegel [w/permission]
     Michelle Simpson Tuegel
     TX Bar No. 24075187
     THE SIMPSON TUEGEL LAW FIRM
     3301 Elm St.
     Dallas, Texas 75226
     214-774-9121 (P) 214-614-9218 (F)
     michelle@stfirm.com

*Attorneys for Plaintiffs*

Stipulation Extending Defendants' Deadline to Serve a Responsive
Pleading or Rule 12(b) Motion to Plaintiffs' Original Complaint                                                   Page 1
*Williams v. City of Dallas*, Civil Action No. 3:20cv1526-L

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
City Attorney

By: /s/Tatia R. Wilson
    Tatia R. Wilson
    Executive Assistant City Attorney
    Texas State Bar No. 00795793
    tatia.wilson@dallascityhall.com

    7DN Dallas City Hall
    1500 Marilla Street
    Dallas, Texas 75201
    Telephone:  214-670-3519
    Telecopier:  214-670-0622

    *Attorneys for Defendants City of Dallas, Texas, and
    Dallas Police Chief U. Reneé Hall*

### CERTIFICATE OF SERVICE

I certify that on June 30, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Tatia R. Wilson
Assistant City Attorney

Stipulation Extending Defendants' Deadline to Serve a Responsive
Pleading or Rule 12(b) Motion to Plaintiffs' Original Complaint                                                          Page 2
*Williams v. City of Dallas*, Civil Action No. 3:20cv1526-L