IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TASIA WILLIAMS AND<br>VINCENT DOYLE, | § § § | |
| Plaintiffs, | § § § | |
| v. | § | Civil Action No. 3:20-CV-1526-L |
| | § | |
| CITY OF DALLAS, TEXAS;<br>CHIEF ULYSHA RENEE HALL;<br>JOHN DOE POLICE OFFICERS 1-50, | § § § § | |
| Defendants. | | |

## DEFENDANT CITY OF DALLAS AND CHIEF U. RENEÉ HALL'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

Pursuant to Rule LR 7.4 of the Local Civil Rules of the United States District Court for the Northern District of Texas, Defendants City of Dallas, Texas, and Dallas Police Department Chief U. Reneé Hall ("Defendants"), file the following Certificate of Interested Persons. The undersigned, on behalf of the Defendants, certifies that the following listed persons and entities have an interest in the outcome of this case.

1. Tasia Williams, a named Plaintiff.

2. Vincent Doyle, a named Plaintiff.

3. Michelle Simpson Tuegel and the Simpson Tuegel Law Firm, counsel for the Plaintiffs and law firm of Plaintiffs' counsel.

4. Daryl K. Washington and the Washington Law Firm, counsel for the Plaintiffs and law firm of Plaintiffs' counsel.

5. Daniel A. Dailey, counsel for the Plaintiffs.

6. Tatiauna J. Holland, counsel for the Plaintiffs.

7. Adam Greenfield, counsel for the Plaintiffs.

8. Kingdom Litigators, Inc., A Public Trust Law Firm, law firm of Plaintiffs' counsel.

9. Morgan A. McPheeters and McPheeters Law, PLLC, counsel for the Plaintiffs and law firm of Plaintiffs' counsel.

10. Jessica Foster, counsel for the Plaintiffs.

11. George Oginni and Leo & Oginni Trial Lawyers, PLLC, counsel for the Plaintiffs and law firm of Plaintiffs' counsel.

12. City of Dallas, a Texas home-rule municipality and a named Defendant.

13. U. Reneé Hall, Dallas Police Department Chief of Police, and a named Defendant.

14. Tatia R. Wilson, Executive Assistant City Attorney, Dallas City Attorney's Office, lead counsel to be noticed for the Defendants.

15. Stacy Jordan Rodriguez, Executive Assistant City Attorney, Dallas City Attorney's Office, counsel to be noticed for the Defendants.

16. Devin Q. Alexander, Senior Assistant City Attorney, Dallas City Attorney's Office, counsel to be noticed for the Defendants.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
City Attorney

s/ *Tatia R. Wilson*
Tatia R. Wilson
Executive Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: 214-670-3519
Telecopier: 214-670-0622

*Attorneys for Defendants City of Dallas, and Chief U. Reneé Hall*

## CERTIFICATE OF SERVICE

      I certify that on August 3, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      s/ *Tatia R. Wilson*
      Tatia R. Wilson
      Executive Assistant City Attorney