IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TASIA WILLIAMS and VINCENT DOYLE, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. **3:20-CV-1526-L** |
| THE CITY OF DALLAS, TEXAS; CHIEF ULYSHA RENEE HALL; and JOHN DOE POLICE OFFICERS 1-50, | § § § § § | |
| Defendants. | § | |

## ORDER EXTENDING AGREED PRELIMINARY INJUNCTION

Before the court is the Parties' Joint Stipulation to Extend Agreed Preliminary Injunction, filed on September 8, 2020. Plaintiffs' Motion for Temporary Restraining Order (Doc. 2) was filed on June 11, 2020. On that same date, the court held a telephone conference with counsel for Plaintiffs Tasia Williams and Vincent Doyle, and Defendants the City of Dallas, Texas, and Chief U. Reneé Hall (collectively, the "Parties"), at which time counsel advised the court that the Parties had reached an agreement with respect to the terms of the relief requested. Pursuant to the Parties' agreement, and verbal agreement to convert the requested temporary restraining order into a preliminary injunction, the court entered an Agreed Preliminary Injunction that enjoined and prohibited Defendants City of Dallas, Texas, and Dallas Police Chief U. Reneé Hall, and all officers of the Dallas Police Department from:

    1.    using "less lethal" weapons, such as tear gas, smoke bombs, flashbangs, pepperballs, mace, and other chemical agents in connection with protests: (a) against any protesters, bystanders, civilians, or members of the press, who are not posing any immediate threat

of serious harm to anyone, or (b) using such devices or chemical agents for purposes of controlling peaceful crowds; and

2.  firing or deploying kinetic impact projectiles into a crowd for any purpose. The court **ordered** that the Agreed Preliminary Injunction **shall** be in effect from **June 11, 2020**, and continue until **September 9, 2020**, unless otherwise dissolved, extended, or modified by the court.

On September 8, 2020, the Parties filed a Joint Stipulation to Extend Agreed Preliminary Injunction, agreeing to extend the preliminary injunction in its entirety for thirty days, from September 9, 2020, through October 9, 2020. The court **approves** the Parties' stipulation, and hereby **extends** the Agreed Preliminary Injunction.

Accordingly, the Agreed Preliminary Injunction entered on June 11, 2020, and its provisions as herein restated, are hereby **extended** and **shall** be in effect from September 9, 2020, until **October 9, 2020**, unless otherwise dissolved, extended, or modified by the court.

The Parties have agreed to waive the bond requirement, pursuant to Federal Rule of Civil Procedure 65(c), and the court **orders** that no bond is required.

**It is so ordered** this 9th day of September, 2020.

Sam A. Lindsay
United States District Judge

**Order Extending Agreed Preliminary Injunction – Page 2**

AGREED:

By: */s/ Michelle Simpson Tuegel*
**Michelle Simpson Tuegel**
TX Bar No. 24075187
**THE SIMPSON TUEGEL LAW FIRM**
3301 Elm St. Dallas, Texas 75226
214-774-9121 (P) 214-614-9218 (F)
michelle@stfirm.com

*/s/ Daryl K. Washington*
**Daryl K. Washington**
TX Bar No. 24013714
**WASHINGTON LAW FIRM, PC**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
214-880-4883 (P)
 214-751-6685 (F)
dwashington@dwashlawfirm.com

**Daniel A. Dailey, Esq.**
IL Bar No. 6312616
ddailey@kingdomlitigators.com
TX Bar No. 24090519
**Tatiauna J. Holland, Esq.**
TX Bar No. 24090519
tjh@tjhollandlaw.com
**Adam Greenfield**
TX Bar No. 24075494
agreenfield@candglegal.com
**KINGDOM LITIGATORS, INC., A Public Interest Law Firm**
3131 McKinney Ave., Ste. 600
Dallas, Texas 75204
(214) 422-9350 (P)
(469)736-0022 (F)

**Morgan A. McPheeters**
TX Bar No. 24081279
**MCPHEETERS LAW, PLLC**
4447 N. Central Expy., Suite 101 #158
Dallas, Texas 75205
469-862-8233 (P)
morgan@mcpheeterslaw.com

3

**Jessica Foster**
TX Bar No. 24094123
1408 N. Riverfront Blvd., Suite 241
Dallas, Texas 75207
(214) 865-9742 (P)
jfoster@jfosterlegal.com

**George Oginni**
TX Bar No. 24108191
*Pro Hac Vice Admission Pending*
**LEO & OGINNI TRIAL LAWYERS, PLLC**
3801 Kirby, Suite 605
Houston, Texas 77098
(713) 280-3204 (P)
george@helpishere.law

**ATTORNEYS FOR PLAINTIFFS**

**CITY ATTORNEY OF THE CITY OF DALLAS**

Christopher J. Caso
City Attorney

By: */s/ Tatia R. Wilson (with permission)*
Tatia R. Wilson
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com
Stacy Jordan Rodriguez
Texas Bar No. 11016750
stacy.rodriguez@dallascityhall.com
Molly P. Ward
Texas Bar No. 24046589
molly.ward@dallascityhall.com
Devin Q. Alexander
Texas Bar No. 24104554
devin.alexander@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:  214-670-3519
Telecopier:  214-670-0622

**Attorneys for Defendants**
**City of Dallas, Texas, and Chief U. Reneé Hall**

4