IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TASIA WILLIAMS and VINCENT DOYLE, | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § § | CIVIL CAUSE NO. 3:20-cv-01526-G |
| CITY OF DALLAS, TEXAS; CHIEF ULYSHA RENEE HALL; JOHN DOE POLOCE OFFICERS 1–50, | § § § § § § | |
| Defendants. | § | |

**THIRD JOINT STIPULATION TO EXTEND AGREED PRELIMINARY INJUNCTION**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs Tasia Williams and Vincent Doyle (collectively, "Plaintiffs") and Defendants City of Dallas, Texas and Chief U. Reneé Hall ("Defendants") (collectively, the "Parties") file this Third Joint Stipulation to Extend Agreed Preliminary Injunction and, in support, state as follows:

On June 11, 2020, the Parties reached an agreement concerning the Plaintiffs' Motion for Temporary Restraining Order filed on that same date. In accordance with the terms of the Parties' agreement, the Court entered an Agreed Preliminary Injunction enjoining the Defendants and all officers of the Dallas Police Department from:

1. using "less lethal" weapons, such as tear gas, smoke bombs, flashbangs, pepperballs, mace, and other chemical agents in connection with protests: (a) against any protesters, bystanders, civilians, or members of the press, who are not posing any immediate threat

>    of serious harm to anyone, or (b) using such devices or chemical agents for purposes of controlling peaceful crowds; and
>
>    2. firing or deploying kinetic impact projectiles into a crowd for any purpose.

(Doc. 10.) The Court further ordered that the preliminary injunction shall be in effect from June 11, 2020, and continue until September 9, 2020, "unless otherwise dissolved, extended, or modified by the court." *Id.*

Before the initial injunction expired on September 9, 2020, the Parties conferred and agreed to extend the preliminary injunction for another 30 days, from September 9, 2020, to October 9, 2020. The Court entered an order extending the preliminary injunction to continue in effect until October 9, 2020. (Doc. 22).

On October 9, 2020, the Parties filed a second joint stipulation agreeing to extend the preliminary injunction for another seven days, specifically from October 9, 2020, through October 16, 2020. (Doc. 23). As of the date of this filing, the court had not yet entered an order approving the Parties' second joint stipulation and extending the preliminary injunction.

Since October 9, 2020, the Parties have continued their discussions and have conferred and hereby agree to extend the preliminary injunction for another thirty days from October 16, 2020, to allow them an opportunity to continue their discussions on additional language for two recently revised Dallas Police Department General Orders that may impact the terms of the preliminary injunction. Therefore, the Parties have agreed to extend the preliminary injunction specifically from October 9, 2020, through November 15, 2020. The Parties further agree to continue to waive the bond requirement pursuant to Federal Rule of Civil Procedure 65(c).

The Parties pray that the Court approve their Third Joint Stipulation to Extend Agreed Preliminary Injunction, and extend the preliminary injunction as herein requested from October 9,

2020, through November 15, 2020, "unless otherwise dissolved, extended, or modified by the court."

Dated: October 12, 2020

Respectfully submitted,

By:/s/ *Michelle Simpson Tuegel*
**Michelle Simpson Tuegel**
TX Bar No. 24075187
**THE SIMPSON TUEGEL LAW FIRM**
3301 Elm St.  Dallas, Texas 75226
214-774-9121 (P)
214-614-9218 (F)
michelle@stfirm.com

By: /s/ *Daryl K. Washington*
**Daryl K. Washington**
TX Bar No. 24013714
**WASHINGTON LAW FIRM, PC**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
214-880-4883 (P)
 214-751-6685 (F)
dwashington@dwashlawfirm.com

**Daniel A. Dailey, Esq.**
IL Bar No. 6312616
ddailey@kingdomlitigators.com
**Tatiauna J. Holland, Esq.**
TX Bar No. 24090519
tjh@tjhollandlaw.com
**Adam Greenfield**
TX Bar No. 24075494
agreenfield@candglegal.com
**KINGDOM LITIGATORS, INC.,**
**A Public Interest Law Firm**
3131 McKinney Ave., Ste. 600
Dallas, Texas 75204
(214) 422-9350 (P)
(469)736-0022 (F)

**Morgan A. McPheeters**
TX Bar No. 24081279
**MCPHEETERS LAW, PLLC**
4447 N. Central Expy., Suite 101 #158
Dallas, Texas 75205
469-862-8233 (P)
morgan@mcpheeterslaw.com

**Jessica Foster**
TX Bar No. 24094123
1408 N. Riverfront Blvd., Suite 241
Dallas, Texas 75207
(214) 865-9742 (P)
jfoster@jfosterlegal.com

**George Oginni**
TX Bar No. 24108191
*Pro Hac Vice Admission Pending*
**LEO & OGINNI TRIAL LAWYERS, PLLC**
3801 Kirby, Suite 605
Houston, Texas 77098
(713) 280-3204 (P)
george@helpishere.law

**ATTORNEYS FOR PLAINTIFFS**

and

**CITY ATTORNEY OF THE CITY OF DALLAS**

Christopher J. Caso
City Attorney

By: */s/ Stacy Jordan Rodriguez (with permission)*
**Tatia R. Wilson**
Executive Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

**Stacy Jordan Rodriguez**
Executive Assistant City Attorney
Texas Bar No. 11016750
stacy.rodriguez@dallascityhall.com

**Molly P. Ward**
Senior Assistant City Attorney
Texas Bar No. 24046589
molly.ward@dallascityhall.com

**Devin Q. Alexander**
Senior Assistant City Attorney
Texas Bar No. 24104554
devin.alexander@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:  214-670-3519
Telecopier:  214-670-0622

Attorneys for Defendants
City of Dallas, Texas, and Chief U. Reneé Hall

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, the foregoing *Third Joint Stipulation to Extend Agreed Preliminary Injunction* was electronically served on all counsel of record via the Court's ECF system on this the 12th day of October, 2020:

*/s/ Morgan A. McPheeters*
Morgan A. McPheeters