IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TASIA WILLIAMS and VINCENT DOYLE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:20-CV-1526-L** |
| THE CITY OF DALLAS, TEXAS; CHIEF ULYSHA RENEE HALL; and JOHN DOE POLICE OFFICERS 1-50, | § § § § § | |
| Defendants. | § | |

## ORDER EXTENDING AGREED PRELIMINARY INJUNCTION

Before the court is the Parties' Third Joint Stipulation to Extend Agreed Preliminary Injunction, filed on October 12th, 2020. Plaintiffs' Motion for Temporary Restraining Order (Doc. 2) was filed on June 11, 2020. On that same date, the court held a telephone conference with counsel for Plaintiffs Tasia Williams and Vincent Doyle, and Defendants the City of Dallas, Texas, and Chief U. Reneé Hall (collectively, the "Parties"), at which time counsel advised the court that the Parties had reached an agreement with respect to the terms of the relief requested. Pursuant to the Parties' agreement, and verbal agreement to convert the requested temporary restraining order into a preliminary injunction, the court entered an Agreed Preliminary Injunction that enjoined and prohibited Defendants City of Dallas, Texas, and Dallas Police Chief U. Reneé Hall, and all officers of the Dallas Police Department from:

1. using "less lethal" weapons, such as tear gas, smoke bombs, flashbangs, pepperballs, mace, and other chemical agents in connection with protests: (a) against any protesters, bystanders, civilians, or members of the press, who are not posing any immediate threat

of serious harm to anyone, or (b) using such devices or chemical agents for purposes of controlling peaceful crowds; and

  2. firing or deploying kinetic impact projectiles into a crowd for any purpose.

The court ordered that the Agreed Preliminary Injunction shall be in effect from June 11, 2020, and continue until September 9, 2020, unless otherwise dissolved, extended, or modified by the court.

On September 8, 2020, the Parties filed a Joint Stipulation to Extend Agreed Preliminary Injunction, agreeing to extend the preliminary injunction in its entirety for thirty days, from September 9, 2020, through October 9, 2020.  On September 9, 2020, the court entered an order approving the stipulation and extending the preliminary injunction through October 9, 2020.  On October 9, 2020, the Parties filed a second Joint Stipulation to Extend the Agreed Preliminary Injunction, agreeing to extend the preliminary injunction in its entirety for another seven days, from October 9, 2020, through October 16, 2020.  On October 12, 2020, the Parties filed a Third Joint Stipulation to Extend the Agreed Preliminary Injunction, agreeing to extend the preliminary injunction in its entirety for another thirty-seven days, from October 9, 2020, through November 15, 2020.  The court **approves** the Parties' October 9, 2020 stipulation and the Parties' October 12, 2020 stipulation, and hereby **extends** the Agreed Preliminary Injunction; and Defendants the City of Dallas and Chief U. Reneé Hall, and officers of the Dallas Police Department **are hereby enjoined and prohibited** from engaging in the conduct set forth in subparagraphs (1) and (2) of first paragraph of this order.

Accordingly, the Agreed Preliminary Injunction entered on June 11, 2020, is hereby extended and **shall** be in effect from October 9, 2020, until **November 16, 2020**, unless otherwise dissolved, extended, or modified by the court.

**Order Extending Agreed Preliminary Injunction  – Page 2**

The Parties have agreed to waive the bond requirement, pursuant to Federal Rule of Civil Procedure 65(c), and the court **orders** that no bond is required.

**It is so ordered** this 14th day of October, 2020.

Sam A. Lindsay
United States District Judge

**Order Extending Agreed Preliminary Injunction – Page 3**