IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Tasia Williams and Vincent Doyle,** § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:20-CV-1526-L** |
| § | |
| § | |
| **CITY OF DALLAS, TEXAS; ULYSHA** § | |
| **RENEE HALL Chief of Police, Dallas** § | |
| **Police Department. In her individual** § | |
| **capacity; and JOHN DOE POLICE** § | |
| **OFFICERS 1–50,** § | |
| § | |
| *Defendants*. § | |

# JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's Scheduling Order dated September 3, 2020 [Doc. 19] ("Order") requiring the Parties to confer and file a Settlement Status Report by December 2, 2020 ("Report"), the Parties, Plaintiffs Tasia Williams and Vincent Doyle (collectively, "Plaintiffs"), and Defendants City of Dallas, Texas, and Dallas Police Department Chief of Police Ulysha Reneé Hall, file this Report and state:

**Settlement Status Report:** Counsel for the Parties, George Oginni, Morgan McPheeters, and Michelle Simpson-Tuegel for Plaintiffs, and Tatia R. Wilson for Defendants, conferred via ZOOM on November 30, 2020, and discussed the possibility of settlement and timing of potential settlement negotiations.

**Assessment of Settlement Prospects:** The Parties agree that settlement may be possible through mediation; however, they believe that settlement negotiations would be more beneficial after meaningful discovery.

**Status of Settlement Negotiations:** Offers of settlement have not been made by either side, and the Plaintiffs anticipate needing additional discovery before they can be made. Defendants likewise will need to conduct discovery to evaluate the Plaintiffs' alleged claims and damages properly.  Defendants moreover believe that settlement negotiations at this stage in the litigation are premature because they intend to file dispositive motions that could dispose of all or some of the Plaintiffs' claims.

**Positions Regarding Mediation or ADR:** The Parties are amenable to mediation or ADR. The Plaintiffs believe that mediation or ADR would be most effective after the parties have conducted some meaningful discovery. The Parties intend to confer again in the next month to discuss selecting a mutually agreeable mediator and possible dates for mediation in 2021.

Respectfully Submitted,

By:*/s/ Michelle Simpson Tuegel*
**Michelle Simpson Tuegel**
TX Bar No. 24075187
*Admitted*
**THE SIMPSON TUEGEL LAW FIRM**
3301 Elm St.
Dallas, Texas 75226
214-774-9121 (P)
214-614-9218 (F)
michelle@stfirm.com

**Daryl K. Washington**
TX Bar No. 24013714
*Admitted*
**WASHINGTON LAW FIRM, PC**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
214-880-4883 (P)
214-751-6685 (F)
dwashington@dwashlawfirm.com

**Daniel A. Dailey, Esq.**
IL Bar No. 6312616
*Admitted*
ddailey@kingdomlitigators.com
**Tatiuana J. Holland, Esq.**
TX Bar No. 24090519
*Pro Hac Vice Admission Pending*
tjh@tjhollandlaw.com
**Adam Greenfield**
TX Bar No. 24075494
*Admitted*
**KINGDOM LITIGATORS, INC.,**
*A Public Interest Law Firm*
100 Crescent Court Ste. 700
Dallas, Texas 75201
(214) 422-9350 (P)
(469)736-0022 (F)

**Morgan A. McPheeters**
TX Bar No. 24081279
*Admitted*
**MCPHEETERS LAW, PLLC**
4447 N. Central Expy., Suite 101 #158
Dallas, Texas 75205
469-862-8233 (P)
morgan@mcpheeterslaw.com

**Jessica Foster**
TX Bar No. 24094123
*Admitted*
1408 N. Riverfront Blvd., Suite 241
Dallas, Texas 75207
(214) 865-9742 (P)
jfoster@jfosterlegal.com

**George Oginni**
TX Bar No. 24108191
*Pro Hac Vice Admission Pending*
LEO & OGINNI TRIAL LAWYERS, PLLC
3801 Kirby, Suite 605
Houston, Texas 77098
(713) 280-3204 (P)
george@helpishere.law

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
City Attorney

s/ *Tatia R. Wilson*
Tatia R. Wilson
Executive Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

Stacy Jordan Rodriguez
Executive Assistant City Attorney
Texas State Bar No. 11016750
stacy.rodriguez@dallascityhall.com

Molly Parks Ward
Senior Assistant City Attorney
Texas State Bar No. 24046589
molly.ward@dallascityhall.com

Devin Q. Alexander
Senior Assistant City Attorney
Texas State Bar No. 24104554
devin.alexander@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: 214-670-3519
Telecopier: 214-670-0622

*Attorneys for Defendants City of Dallas,
and Chief U. Reneé Hall*